**Order entered December 8, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00473-CV

### TIMOTHY JOHN WHALEN AND THE WHALEN LAW FIRM, PLLC, Appellant

### V.

### CHARLES WILLIAM JOHNSON, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-04182**

## ORDER

Although a partial reporter's record has been filed, the complete reporter's record in this case is overdue. On October 17, 2016, the Court ordered Court Reporter Antionette Reagor to file the remaining portion of the record no later than November 17, 2016.

On November 14, 2016, Ms. Reagor filed a motion requesting a fifteen-day extension of time to file the reporter's record. The Court granted Ms. Reagor's motion and ordered the reporter's record filed by December 2, 2016. To date, the record has not been filed.

Accordingly, we **ORDER** Court Reporter Antionette Reagor, to file the reporter's record by December 27, 2016. We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to:

Honorable Martin Hoffman
Presiding Judge
68th Judicial District Court

Antionette Reagor
Official Court Reporter
68th Judicial District Court

All parties

/s/    CRAIG STODDART
        JUSTICE